NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-CR-0060-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| YOLANDA HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Bryan Schroder, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.  The government requests that

the Court no longer serve pleadings in the above-captioned case on SAUSA David

Nesbett now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following

address:

Bryan Schroder
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov

RESPECTFULLY SUBMITTED on February 6, 2007, in Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 6, 2007
a copy of the foregoing was served
on Sue Ellen Tatter by electronic notice

  s/ Bryan Schroder

**U.S. v. YOLANDA HERNANDEZ**
3:02-CR-0060-JDR                    2